241 So.2d 252

**STATE of Louisiana ex rel. Earl GOINS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 51003.

Nov. 25, 1970.

Writs granted. The trial judge is ordered to hold an evidentiary hearing.

ORDER

On considering the petition of relator in the above numbered and entitled cause:

IT IS ORDERED that the Fourteenth Judicial District Court, Parish of Calcasieu, without undue delay, grant a full evidentiary hearing on relator's petition for writs of certiorari, prohibition, mandamus and habeas corpus filed in that Court and in this Court, and make a determination of the merits of his application after the hearing.